UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-01747-GW (SHK) | Date: | March 29, 2021 |
| Title: | *Michael Diaz v. The People of the State of California* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):**

On March 19, 2021, Petitioner filed his "Request to Proceed In Forma Pauperis with Declaration in Support" along with his inmate statement report and certification of trust account. The Court has reviewed Petitioner's "Certificate of Funds in Prisoner's Account" and notes that Petitioner has an average monthly balance of $27.29; thus, Petitioner appears able to pay the $5.00 filing fee.

Therefore, Petitioner is ORDERED to pay the $5.00 filing fee on or before **April 29, 2021**. If he fails to do so, this action will be subject to involuntary dismissal for failure to comply with a Court order. See Fed. R. Civ. P. 41(b)

**IT IS SO ORDERED**