UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DIAZ III,<br><br>                    Petitioner,<br><br>         v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                    Respondent. | Case No. 2:21-cv-01747-GW (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's first claim arising from the conditions of this confinement is DENIED without prejudice, and that Petitioner's remaining ineffective assistance of counsel claim is TRANSFERRED to the United States District Court for the Eastern District of California.

Dated: May 20, 2021

                                                                  _[signature]_
                                        HONORABLE GEORGE H. WU
                                        United States District Judge