UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DIAZ III<br><br>    Petitioner,<br><br>    v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | No. 2:21-cv-0934-TLN-EFB P<br><br>ORDER |

      Mr. Diaz is a state prisoner proceeding without counsel. This action was opened when he filed an unsigned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in the United States District Court for the Southern District of California. ECF No. 1. The action was subsequently transferred to the Central District of California and then to this district. ECF Nos. 2 & 10.

      On June 14, 2021, the court informed Mr. Diaz that there was no case before the court unless he filed a signed petition. ECF No. 13 (citing Fed. R. Civ. P. 11(a) (requiring that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented.")). The court also warned Mr. Diaz that failure to comply with the court's order could result in this case being closed.

1

To date, Mr. Diaz has not complied with the court's order or responded in any way. In the absence of a signed petition, there is simply no case before the court.

Accordingly, the Clerk of the Court is directed to close this case.

DATED: July 22, 2021.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE